427 A.2d 1190

Commonwealth v. Harris, Appellant.

Submitted November 16, 1979. John Halley, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.